FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANK A. RUST, | No. CV 08-00355-PA (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| D. DEXTER, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: February 1, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE